CV6-154.JOHNSON 

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00154-CV

Jay Lewis Johnson and Brenda Rager Johnson, Appellants

v.

General Electric Mortgage Insurance Corporation, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL

DISTRICT

NO. 93-055-C368, HONORABLE BURT CARNES, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss the appeal as moot. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A). 

 The appeal is dismissed as moot.

Before Justices Powers, Aboussie and Jones

Appeal Dismissed as Moot on Joint Motion

Filed: December 5, 1996

Do Not Publish